

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 13, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**IN RE:**                                                            **CHAPTER 13**
**EDWARD FRANCIS YARBOROUGH**                    **CASE NO. 23-51208-KMS**

## ORDER RELEASING EARNINGS OF DEBTOR
### EDWARD FRANCIS YARBOROUGH (SSN # XXX-XX-2230)

THE ORDER (**Dkt. 32**) heretofore entered in these proceedings by which the debtor's employer:

> **Facility Services Management, Inc.**
> **1031 Progress Drive**
> **Clarksville, TN 37040**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##