_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 13, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

IN RE:                                                       **CHAPTER 13**
**EDWARD FRANCIS YARBOROUGH**                     **CASE NO. 23-51208-KMS**

## ORDER DIRECTING DEBTOR PLAN PAYMENTS

     IT APPEARING TO THE COURT that the above-referenced Debtor(s) has subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan. The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**Edward Francis Yarborough**
**10608 Dogwood St**
**Vancleave, MS 39565**

is directed to pay by money order, cashier's check or use TFSbillpay.com the sum of **$578.00 PER MONTH, effective with the payment due before noon on May 30, 2025. ALL PAYMENTS MUST BE IN BEFORE NOON ON THE LAST BUSINESS DAY OF EACH MONTH**\*\*\*Please send payments to:

**WARREN A. CUNTZ, JR., CH. 13 TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

\*Please notate your name and case number on the payment to the Trustee.\*

**##END OF ORDER##**